UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JASMAN DAWONE HOLMAN,<br>Plaintiff,<br>v.<br>LA MEN CENTRAL JAIL, et al.,<br>Defendants. | Case No. 2:26-cv-06848-JAK-JDE<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Under 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 28, 2026

JOHN A. KRONSTADT
United States District Judge